AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

___Northern___ DISTRICT OF ___California___

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jorge Martin Herrera-Cardenas | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: CR 08 00366 RMW (RS) |

I, ___Jorge Martin Herrera-Cardenas___, the above named defendant, who is accused of

___illegal re-entry, in violation of Title 8 U.S.C. section 1326___

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/10/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JUN 10 2008

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer