**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:**  Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:**  July 7, 2008                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00366-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JORGE HERRERA-CARDENAS
    **APPEARANCES:**                                     **(P)(C)**

**PLTF:**  AUSA: J. Schenk                **DEFT:** N. Humy

**COURT ACTION:** DISPOSITION/SENTENCING

Hearing Held.  The defendant plead guilty to Count 1 of the Information.  A Plea Agreement
was executed in open court.  SENTENCING: The defendant waived the preparation of a PSR.
The Court sentenced the defendant to the custody of the B.O.P. for a period of 9 months.
Upon release from custody, the defendant shall be placed on supervised release for a period
of 1 year.  The defendant shall pay a special assessment in the amount of $100, which
shall be due immediately.  The Court did not impose a fine.  See Judgment for specifics.

*/s/ Jackie Garcia*
   **JACKIE GARCIA**
  **Courtroom Deputy**